DAVID I. DALBY (SBN: 114750)
ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ROGER FRAM and NADIA FRAM | Case No.: 1:12-cv-00013-LJO-SKO |
| Plaintiff, | **JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| GC SERVICES LIMITED PARTNERSHIP | |
| Defendants. | Hon. Lawrence J. O'Neill |
| | Complaint Filed:   December 5, 2011 |

## NOTICE OF SETTLEMENT

Plaintiffs ROGER FRAM and NADIA FRAM and Defendant GC SERVICES LIMITED PARTNERSHIP (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reach settlement of the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

/ / /

Respectfully Submitted,

Dated: February 20, 2012    **Hinshaw & Culbertson LLP**

　　　　　　　　　　　　　　　　　*/S/ David I. Dalby*
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　GC Services Limited Partnership

Dated: February 20, 2012

　　　　　　　　　　　　　　　　　*/S/ Roger Fram*
　　　　　　　　　　　　　　　　　Plaintiff in Pro Per

Dated: February 20, 2012

　　　　　　　　　　　　　　　　　*/S/ Nadia Fram*
　　　　　　　　　　　　　　　　　Plaintiff in Pro Per

## **ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and case is hereby dismissed with prejudice.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 5, 2012**　　　　　　　　　　　　*/s/ Lawrence J. O'Neill*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE